Matthew R. Orr, Bar No. 211097
  morr@calljensen.com
Joshua G. Simon, Bar No. 264714
  jsimon@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendants Quincy Bioscience, LLC
and Quincy Bioscience Holding Co., Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MUSGRAVE, on behalf of himself, and all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>QUINCY BIOSCIENCE, LLC, a Wisconsin limited liability company; QUINCY BIOSCIENCE HOLDING CO., INC., a Wisconsin corporation; and DOES 1-15, inclusive,<br><br>Defendants. | Case No.  4:15-cv-04505-HSG<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE VIA COURTCALL AT CASE MANAGEMENT CONFERENCE**<br><br>Date:  January 12, 2016<br>Time:  2:00 p.m.<br>Place: Courtroom 15 – 18th Floor<br>          450 Golden Gate Avenue<br>          San Francisco CA 94102<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed:  March 24, 2015<br>Trial Date:            None Set |

# ORDER

The Court, having reviewed the request of Defendants Quincy Bioscience, LLC and Quincy Bioscience Holding Co., Inc. ("Defendants") counsel, and finding GOOD CAUSE thereto,

IT IS THEREFORE ORDERED that said request is GRANTED and Defendants Quincy Bioscience, LLC and Quincy Bioscience Holding Co., Inc. ("Defendants") are granted permission to appear telephonically at the Case Management Conference scheduled for January 12, 2016, at 2:00 p.m., in Courtroom 15 of the above-referenced Court, located on the 18th Floor, 450 Golden Gate Avenue, San Francisco.

IT IS FURTHER ORDERED that Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: December 30, 2015

_____
HON. HAYWOOD S. GILLIAM, JR.
JUDGE OF THE UNITED STATES DISTRICT COURT