**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
SKYE RESENDES (SBN 278511)
*skye@consumersadvocates.com*
WILLIAM B. RICHARDS, JR. (SBN 298552)
*bill@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone:(619) 696-9006
Facsimile: (619) 564-6665

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MUSGRAVE, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>QUINCY BIOSCIENCE, LLC, a Wisconsin limited liability company; QUINCY BIOSCIENCE HOLDING CO., INC., a Wisconsin corporation, and DOES 1-15, inclusive,<br><br>Defendants. | Case No.: 3:15-cv-04505-HSG<br><br>CLASS ACTION<br><br>**JOINT MOTION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

**IT IS HEREBY STIPULATED** by and between Plaintiff Rick Musgrave and Defendant, Quincy Bioscience, LLC, through their respective counsel of record, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and is dismissed WITH PREJUDICE as to all individual claims and WITHOUT PREJUDICE as to any class claims asserted by Plaintiff against Defendant. Each party to bear its own fees and costs.

Dated: June 24, 2016       By:       */s/ Ronald A. Marron*
**THE LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
*ron@consumersadvocates.com*
SKYE RESENDES
*skye@consumersadvocates.com*
WILLIAM B. RICHARDS, JR.
*bill@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Counsel for Plaintiff and the Proposed Class*

By:     */s/ Matthew R. Orr*
**CALL & JENSEN**
Matthew R. Orr (SBN 211097)
*morr@calljensen.com*
Joshua G. Simon (SBN 264714)
*jsimon@calljensen.com*
610 Newport Center Drive, Suite 700
Newport Beach, California 92660
Telephone: (949) 717-3000
Facsimile: (949) 717-3100

*Counsel for Defendants*

1

\* Counsel for Plaintiff, Ronald A. Marron, certifies that, pursuant to Section 5-1(i) of this Court's Local Rules, Defendants' counsel, Matthew R. Orr, has reviewed the contents of this Joint Motion for Dismissal and authorized placement of his electronic signature on this document.

2

*Musgrave v. Quincy Bioscience, LLC, et al.,* Case No. 3:15-cv-04505-HSG
JOINT MOTION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)